IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BITNOMIAL EXCHANGE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION, GARY GENSLER, CAROLINE A. CRENSHAW, JAIME E. LIZÁRRAGA, HESTER M. PEIRCE, and MARK T. UYEDA,<br><br>    Defendants. | Case No. 1:24-cv-09904<br><br>Honorable Jeremy C. Daniel |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bitnomial Exchange, LLC hereby notifies the Court that it voluntarily dismisses this action without prejudice. Defendants have not yet answered or moved for summary judgment.

Dated: March 19, 2025

Respectfully submitted,

/s/ *Carrie M. Stickel*
Matthew F. Kluchenek
Christian T. Kemnitz
Elliott M. Bacon
Carrie M. Stickel
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

Daniel J. Davis (*pro hac vice*)
1919 Pennsylvania Ave NW
Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3644

*Counsel for Plaintiff Bitnomial Exchange, LLC*